FILED
John E. Triplett, Acting Clerk
United States District Court

By CAshell at 12:32 pm, Jan 26, 2021

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ANNE MARIE JONES for T.D.S., | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-64 |
| | * | |
| v. | * | |
| | * | |
| ANDREW SAUL, Commissioner of Social Security, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 14.  Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint, as amended, for failure to follow this Court's Order and failure to prosecute, **DENIES as moot** Defendant's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

   **SO ORDERED**, this ___25___ day of ___January___, 2021.

   _____
   HON. LISA GODBEY WOOD, JUDGE
   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)