AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANNE MARIE JONES for T.D.S.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    V.

CASE NUMBER: CV519-64

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 26th day of January 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Plaintiff's Complaint, as amended, is DISMISSED without prejudice, Defendant's Motion to Dismiss is DENIED as moot, and Plaintiff is DENIED in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: January 26, 2021

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020